IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paisley Park Enterprises, Inc. and Comerica Bank & Trust, N.A., as Personal Representative of the Estate of Prince Rogers Nelson, | Civil Action No. 17-cv-1212 |
| Plaintiffs, | |
| v. | |
| George Ian Boxill, | |
| Defendant. | |

**STATEMENT OF NO REDACTION**

Pursuant to LR 5.6, Exhibits A-G have been filed under temporary seal in connection with the Complaint (Dkt. No. 2). Exhibits A-G were not redacted because the Confidentiality Agreement asserted by Plaintiffs' requires that the court file be sealed. While Defendant contends and asserts that the Confidentiality Agreement is not valid or controlling, out of an abundance of caution, Defendant has requested that the above Exhibits be sealed in their entirety. Therefore, it is impracticable to redact.

2

Dated:  April 18, 2017　　　　　　　　　By: s/Anthony R. Zeuli
　　　　　　　　　　　　　　　　　　　　　　Anthony R. Zeuli (MN 274884)
　　　　　　　　　　　　　　　　　　　　　　Brent Routman (MN 265135)
　　　　　　　　　　　　　　　　　　　　　　Paige S. Stradley (MN 393432)
　　　　　　　　　　　　　　　　　　　　　　**Merchant & Gould P.C.**
　　　　　　　　　　　　　　　　　　　　　　3200 IDS Center
　　　　　　　　　　　　　　　　　　　　　　80 South 8th Street
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　Phone: 612.332.5300
　　　　　　　　　　　　　　　　　　　　　　Email: tzeuli@merchantgould.com
　　　　　　　　　　　　　　　　　　　　　　Email: broutman@merchantgould.com
　　　　　　　　　　　　　　　　　　　　　　Email: pstradley@merchantgould.com

　　　　　　　　　　　　　　　　　　　　　　Christopher Brown (*Pro Hac Vice* to be Filed)
　　　　　　　　　　　　　　　　　　　　　　Brown & Rosen LLC
　　　　　　　　　　　　　　　　　　　　　　100 State Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　Phone:  617.728.9111
　　　　　　　　　　　　　　　　　　　　　　Email: cbrown@brownrosen.com

　　　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant***

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 18, 2017, a true and correct copy of the foregoing was filed electronically and served by e-mail upon any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts CM/ECF system.

                                              /s/ Anthony R. Zeuli
                                              Anthony R. Zeuli