# EXHIBIT F

CASE 0:17-cv-01212-WMW-TNL   Document 388-3   Filed 10/30/18   Page 2 of 4

Deliverance LLC and RMA AMENDED Privilege Log     Paisley Park et. al. v. Boxill et. al     October 5, 2018
0:17-cv-1212 WMW/TNL

| No. | File Type | Date | Document Description | Email From | Email To | Email CC | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 65 | Email | 6/2/2016 | Communication with counsel regarding tax matters for unrelated LLC (Not RMA or Deliverance LLC) | Hayes Van-Remington <hayes@sidebarlegal.co> | Kimberly Stephens <kimberly@wearerma.com>, Matthew Wilson <matthew@sidebarlegal.co> | David Staley <david@wearerma.com> | Attorney client privilege; attorney work product |
| 66 | Email | 6/4/2016 | Communication with counsel regarding trademark question pertaining to one of RMA's released albums (not Deliverance or Prince related) | Gabriel Wilson <gabriel@wearerma.com> | Matthew Wilson <matthew@sidebarlegal.co> | David Staley <david@wearerma.com>, Kimberly Stephens <kimberly@wearerma.com> | Attorney client privilege; attorney work product |
| 67 | Email | 6/6/2016 | Communication with counsel regarding legal invoice | Kimberly Stephens <kimberly@wearerma.com> | Hilary Moriarty <hilary@sidebarlegal.co> | David Staley <david@wearerma.com> | Attorney client privilege; attorney work product |
| 68 | Email | 6/6/2016 | Communication with counsel regarding legal invoice | Hilary Moriarty <hilary@sidebarlegal.co> | Kimberly Stephens <kimberly@wearerma.com> | | Attorney client privilege; attorney work product |
| 69 | Email | 6/6/2016 | Communication with counsel regarding tax and other essential documents for unrelated LLC (not RMA or Deliverance LLC) | Hayes Van-Remington <hayes@sidebarlegal.co> | Kimberly Stephens <kimberly@wearerma.com> | Matthew Wilson <matthew@sidebarlegal.co> | Attorney client privilege; attorney work product |
| 70 | Attachment | 6/6/2016 | Essential EIN/registration document of unrelated LLC with counsel's notations. Attorney work product | | | | Attorney client privilege; attorney work product |
| 71 | Attachment | 6/6/2016 | Essential EIN/registration document of unrelated LLC with counsel's notations. Attorney work product | | | | Attorney client privilege; attorney work product |
| 72 | Attachment | 6/6/2016 | Essential EIN/registration document of unrelated LLC with counsel's notations. Attorney work product | | | | Attorney client privilege; attorney work product |
| 73 | Email | 6/7/2016 | Communication with counsel regarding prospective formation details for company for Deliverance EP project | David Staley <david@wearerma.com> | <matthew@sidebarlegal.co>, Kimberly Stephens <kimberly@wearerma.com>, Gabriel Wilson <gabriel@wearerma.com> | | Attorney client privilege; attorney work product |
| 74 | Email | 6/7/2016 | Communication with counsel regarding prospective formation details for company for Deliverance EP project | Matthew Wilson <matthew@sidebarlegal.co> | David Staley <david@wearerma.com>, Kimberly Stephens <kimberly@wearerma.com>, Gabriel Wilson <gabriel@wearerma.com> | Christian Flowers <intern@sidebarlegal.co> | Attorney client privilege; attorney work product |
| 75 | Email | 6/7/2016 | Communication with counsel regarding prospective formation details for company for Deliverance EP project | Gabriel Wilson <gabriel@wearerma.com> | David Staley <david@wearerma.com> | <matthew@sidebarlegal.co>, Kimberly Stephens <kimberly@wearerma.com> | Attorney client privilege; attorney work product |

# EXHIBIT G

@SaneNoReplies

## PRINCE Deliverance EP

David Staley & troy@spotify.com



**David Staley**
troy@spotify.com

5:45 PM



Hey Troy,

David Staley from RMA here. I'm sure you're aware of who we are in relation to the Deliverance EP release. Despite finding ourselves on opposite sides of the controversy surrounding the project, we have a lot of respect for your accomplishments in the industry as well as your views on modern music business.

Our ideal outcome is a business resolution which benefits all parties. However, at present we seem to be at an impasse in negotiations between the estate's legal team and ours. If you're willing my business partner, Gabriel, and I would like to meet with you to discuss a possible business resolution. I'm optimistic with our shared understanding of the industry and your position as the Prince Estate's Entertainment Advisor a discussion between us could cut through the quagmire and lead to an

**Your last message has been read once**

troy@spotify.com            24 minutes ago
Read your message