UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paisley Park Enterprises, Inc. and Comerica Bank & Trust, N.A. as Personal Representative for the Estate of Prince Rogers Nelson,

    Plaintiffs,

v.

George Ian Boxill, Rogue Music Alliance, LLC, Deliverance, LLC, David Staley, Gabriel Solomon Wilson, Brown & Rosen, LLC and Sidebar Legal, PC,

    Defendants.

Case No. 17-cv-1212 (WMW/TNL)

**ORDER**

This matter is before the Court on the parties' joint motion concerning sealing pursuant to Local Rule 5.6 (ECF No. 402). Upon careful consideration of the motions filed and the related sealed documents, **IT IS HEREBY ORDERED** that the parties' Joint Motion Regarding Continued Sealing (ECF No. 402) is **GRANTED** as follows:

1. The Clerk is directed to keep these documents sealed: ECF Nos. 371, 372, 373, 374, 375, and 376.

Date: November 21, 2018

          *s/ Tony N. Leung*
          Tony N. Leung
          United States Magistrate Judge
          District of Minnesota