UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paisley Park Enterprises, Inc., and Comerica Bank & Trust, N.A., | Case No. 17-cv-1212 (WMW/TNL) |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| George Ian Boxill et al., | |
| Defendants. | |

This matter is before the Court on the June 28, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Tony L. Leung. (Dkt. 497.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 28, 2019 R&R, (Dkt. 497), is **ADOPTED**.

2. Defendant Sidebar Legal, PC and its sole owner, officer, and agent, Matthew Wilson, are **HELD IN CONTEMPT** for failure to comply with the Court's March 4, 2019 Order.

3. A warrant for the arrest of Matthew Wilson is hereby issued. The warrant is **STAYED** until November 27, 2019, to permit Sidebar Legal and Matthew Wilson to purge their contempt by complying with the March 4, 2019 Order.

4. Plaintiffs shall file a declaration on or before December 11, 2019, addressing whether Sidebar Legal and Matthew Wilson have complied with the March 4, 2019 Order within the required time period.

5. If Plaintiffs' declaration indicates that Sidebar Legal, PC and Matthew Wilson have *not* complied with the March 4, 2019 Order, the United States Marshals Service shall execute the warrant for the arrest of Matthew Wilson.


Dated: August 29, 2019                    s/Wilhelmina M. Wright
                                          Wilhelmina M. Wright
                                          United States District Judge