UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Paisley Park Enterprises, Inc. and Comerica Bank & Trust, N.A. as Personal Representative of the Estate of Prince Rogers Nelson,<br><br>Plaintiffs,<br><br>vs.<br><br>George Ian Boxill, Rogue Music Alliance, LLC, Deliverance, LLC, David Staley, Gabriel Solomon Wilson, and Sidebar Legal, PC,<br><br>Defendants. | Case No. 17-cv-1212 (WMW/TNL) |

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68, Plaintiffs Paisley Park Enterprises, Inc. and Comerica Bank & Trust, N.A. as Personal Representative of the Estate of Prince Rogers Nelson ("Plaintiffs"), by and through its counsel, hereby accept and provide notice that they accept the Rule 68 Offer of Judgment, dated June 5, 2020, by Defendant Sidebar Legal, PC. A copy of the Offer of Judgment is attached hereto as Exhibit A, which provides for dismissal of Plaintiffs' claims against Defendant with prejudice, orders Defendant to pay sanctions, and enjoins Defendants from certain acts enumerated therein. Accordingly, Plaintiffs respectfully request that judgment be entered accordingly and include the terms in Exhibit A.

| | |
|---|---|
| Dated:  June 11, 2020 | s/*Lora M. Friedemann* |
| | Lora M. Friedemann (#0259615) |
| | Joseph J. Cassioppi (#0388238) |
| | Anne E. Rondoni Tavernier (#0398516) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | lfriedemann@fredlaw.com |
| | jcassioppi@fredlaw.com |
| | arondonitavernier@fredlaw.com |
| | |
| | ***Attorneys for Plaintiffs*** |

70159274 v1