# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Paisley Park Enterprises, Inc., Comerica Bank & Trust, N.A., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 17-cv-1212 WMW/TNL |
| George Ian Boxill, Rogue Music Alliance, LLC, Deliverance, LLC, David Staley, Gabriel Solomon Wilson, Sidebar Legal, PC, | |
| Defendants, | |
| and | |
| Deliverance, LLC, George Ian Boxill, Rogue Music Alliance, LLC, Gabriel Solomon Wilson, David Staley, | |
| Counter Claimants, | |
| v. | |
| Comerica Bank & Trust, N.A., Paisley Park Enterprises, Inc., | |
| Counter Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' claims against Defendant David Staley are **DISMISSED WITH**

**PREJUDICE** pursuant to Rule 41(a)(2), Fed. R. Civ. P.

    2.    Defendant David Staley's counterclaims are **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P.

Date: 4/19/2021                                                                                       KATE M. FOGARTY, CLERK